[No. 33024-1-I. Division One. October 4, 1993.]

THE CITY OF SEATTLE, *Respondent*, v. TONY WALKER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01773-8, Norma Smith Huggins, J., entered June 7, 1993. *Reversed* by unpublished per curiam opinion.

[No. 29153-0-I. Division One. October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02506-4, Ann Schindler, J., entered September 10, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29487-3-I. Division One. October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MARTIN LAHTI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00714-9, Richard J. Thorpe, J., entered November 5, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 32389-0-I. Division One. October 4, 1993.]

VALLEY BANK, *Appellant*, v. KEN R. ST. CLAIR, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92-2-01119-3, George McIntosh, J., entered February 22, 1993. *Remanded with instructions* by unpublished per curiam opinion.